IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 44876 |
| | ) | |
| PAUL EDMUND SICKINGER, and | ) | Chapter 7 |
| MARGARET MARY SICKINGER, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |
| | ) | |
| | ) | Hearing Date:  February 8, 2013 |
| | ) | Hearing Time:  9:15 a.m. |
| | ) | Courtroom:     2nd Floor |

**COVER SHEET FOR SECOND AND FINAL FEE APPLICATION
AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP**

| | |
|---|---|
| Name of Applicant: | FrankGecker LLP |
| Authorized to Provide Professional Services to: | Joji Takada, Chapter 7 Trustee of the Estate of Paul Edmund Sickinger and Margaret Mary Sickinger |
| Period for Which Compensation is Sought: | June 14, 2012 through January 25, 2013 |
| Amount of Fees Sought: | $   8,155.00 |
| Amount of Expense Reimbursement Sought: | $      31.17 |
| This is a: | Second and Final Fee Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $8,747.69.

{TAKADA/001/00033607.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 44876 |
| | ) | |
| PAUL EDMUND SICKINGER, and | ) | Chapter 7 |
| MARGARET MARY SICKINGER, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |
| | ) | |
| | ) | Hearing Date: February 8, 2013 |
| | ) | Hearing Time: 9:15 a.m. |
| | ) | Courtroom: 2nd Floor |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **February 8, 2013 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Bruce W. Black of the United States Bankruptcy Court for the Northern District of Illinois, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, or whomever may be sitting in his place and stead, and then and there present the **Second and Final Application of Joji Takada, Chapter 7 Trustee of the Bankruptcy Estate of Paul Edmund and Margaret Mary Sickinger for Compensation and Reimbursement of Expenses of His Counsel, FrankGecker LLP**, a copy of which is attached hereto and hereby served upon you.

Dated: January 16, 2013

Respectfully submitted,

JOJI TAKADA, not individually, but as Chapter 7 Trustee of the bankruptcy estate of PAUL EDMUND AND MARGARET MARY SICKINGER,

By: /s/ Zane L. Zielinski
One of his attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{TAKADA/001/00033607.DOC/}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 44876 |
| | ) | |
| PAUL EDMUND SICKINGER, and | ) | Chapter 7 |
| MARGARET MARY SICKINGER, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | (Joliet) |

### SECOND AND FINAL APPLICATION OF JOJI TAKADA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF PAUL EDMUND AND MARGARET MARY SICKINGER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HIS COUNSEL, FRANKGECKER LLP

Joji Takada, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Paul Edmund and Margaret Mary Sickinger (the "Debtors"), hereby submits its second and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling $8,155.00 for legal services performed by FrankGecker LLP, counsel to the Trustee, during the period of June 14, 2012 through and including January 25, 2013 (the "Application Period") and reimbursement of expenses totaling $31.17 incurred in connection with those services. In support of its Application, FrankGecker LLP respectfully states as follows:

### INTRODUCTION

1. On November 3, 2011 (the "Petition Date"), the Debtors filed a voluntary joint chapter 7 petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court).

2. Joji Takada ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the case.

3. The Section 341 meeting of creditors was held on November 28, 2011 (the "341 Meeting"). On November 29, 2011, the Trustee filed an asset report.

{TAKADA/001/00033607.DOC/}   1

4. On December 15, 2011, this Court entered an order authorizing the Trustee to retain Zane L. Zielinski and the professionals of FrankGecker LLP (collectively, "FG") as his counsel in the Case retroactive to November 14, 2011.

5. The Debtor was an individual that owned a residential house in Naperville, IL (the "House") and a vacation property in Tomahawk, WI (the "Vacation House").

6. Since his appointment, with the assistance of his attorneys, the Trustee has taken a variety of actions necessary to administer the Debtor's estate. The Trustee has: (i) retained real estate brokers to sell the House and the Vacation House; (ii) sold the House and the Vacation House; and (iii) coordinated with the accountant on tax income issues related to the sale of the House, and the potential sale of the Vacation House.

7. This Application seeks allowance of all fees and expenses incurred by FG during the Application Period. For tax reasons, the Trustee has filed this second and final fee application due to the sale of the Vacation House. To the extent necessary, FG will continue to represent the Trustee after the Application Period but will not seek further fees.

8. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I. **SERVICES PERFORMED**

A. **Administration** **$2,240.00**

FG spent **6.40** hours at a cost of **$2,240.00** on general administrative issues. This includes time related to preparing documents related to the sale of the real estate for the

accountant's review (i.e., real estate records for cost basis, etc.) and researching legal issues related to property acquired by the Debtors after filing of the bankruptcy

| B. | **Preparation of Fee Application - Retention** | $980.00 |

FG spent **2.80** hours at a cost of **$980.00** reviewing the billing memoranda and drafting and filing the first fee application and this second and final fee application. Approximately five percent (5%) of the total billed time was spent preparing the two fee applications.

| C. | **Sale of Wisconsin Real Estate** | $4,935.00 |

FG spent **14.10** hours at a cost of **$4,935.00** on completing the sale of the Vacation Home, which included coordinating with the title company, revising vesting deeds, revising sale contracts, and communicating with the bank for payoff letters.

## II. ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

A. Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Prior to attending law school, Mr. Zielinski worked for Chicago Title and Trust Company. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law, real estate law, and has represented trustees, debtors and creditors in bankruptcy cases. Mr. Zielinski has been involved in the day-to-day representation of the Trustee.

B. Christina S. Smith (CSS) is a bankruptcy paralegal at F/G. Ms. Smith assisted counsel in case research and case administration.

### III. CALCULATION OF TIME AND FEES

This is the Trustee's second and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of **23.30** hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of **$8,155.00** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$350.00**. In addition, FG has expended the sum of **$31.17** for actual, necessary expenses incurred in representing the Trustee (Exhibit A). FG has voluntarily written off all expenses related to fax charges and copy charges. Expenses consist primarily of postage, and travel expenses to court hearings.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared a time exhibit presented in the attached Exhibit A. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses. See *In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to F/G, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

## NOTICE

Pursuant to Federal Rule, Bankruptcy Procedure 2002, this Application was served on all creditors that have timely filed claims, the U.S. Trustee, and the Debtor's attorney

WHEREFORE, FG respectfully requests that this Court enter an Order:

A. Allowing FG compensation for actual, necessary legal services in the amount of **$8,155.00**;

B. Allowing FG reimbursement of actual, necessary expenses in the amount of **$31.17**;

        C.    Authorizing the Trustee to pay F/G compensation and expense reimbursement in the total amount of **$8,186.17**; and

        D.    Granting such other relief as the Court deems just and equitable.

Dated: January 16, 2013                       Respectfully submitted,

                                                        JOJI TAKADA, not individually, but as Chapter 7 Trustee of the bankruptcy estate of PAUL EDMUND AND MARGARET MARY SICKINGER,

                                                         By: /s/ *Zane L. Zielinski*
                                                                  Zane L. Zielinski

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

**CERTIFICATE OF SERVICE**

The undersigned attorney states that on **January 16, 2013**, he caused a copy of the **Notice Of Motion** and **Second and Final Application of Joji Takada, Chapter 7 Trustee of the Bankruptcy Estate of Paul Edmund and Margaret Mary Sickinger for Compensation and Reimbursement of Expenses of His Counsel, FrankGecker LLP** to be electronically filed with the Northern District of Illinois Bankruptcy Court. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. All other creditors were served via first class mail.

By: _____ /s/ *Zane L. Zielinski* _____

# Mailing Information for Case 11-44876

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Dennis A Dressler    ddressler@dresslerpeters.com
- Kevin M Hyde    khyde@shawgussis.com, jhampton@shawgussis.com
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Christopher L Muniz    clm@sacounsel.com
- Bruce C Scalambrino    bcs@sacounsel.com
- Joji Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com

{TAKADA/001/00033607.DOC/}

Service List
Case No. 11-44876

**VIA U.S. MAIL**
Colonial Pacific Leasing Corporation
c/o Patricia E. Rademacher
Coston & Rademacher
105 W Adams, Suite 1400
Chicago, IL 60603

**VIA U.S. MAIL**
Nicole Chevalier
1560 N. Sandburg Terr.
#501
Chicago, IL 60610

**VIA U.S. MAIL**
TCF Equipment Finance, Inc.
11100 Wayzata Blvd
Minnetonka, MN 55305

**VIA U.S. MAIL**
U.S. Bancorp
Equipment Finance Inc.
13010 SW 68th Parkway
Suite 100
Portland, OR 97223

**VIA ELECTRONIC NOTICE**
People's Capital and Leasing Corp
c/o Dennis A. Dressler
Dressler Peters, LLC
111 W. Washington St., Suite 1900
Chicago, IL 60602

**VIA U.S. MAIL**
MB Financial Bank, N.A.
Mark Kosminskas Sr.
6111 River Road
Rosemont, IL 60018

**VIA U.S. MAIL**
River Valley Bank
Attn: Collections Dept.
327 N 17th Ave
Wausau, WI 54401

**VIA U.S. MAIL**
Wisconsin Public Service Corporation
1830 West Cleveland Ave
Marinette, WI 54143

**VIA U.S. MAIL**
Wisconsin Public Service
P.O. Box 19001
Green Bay, WI 54307-9001

**VIA ELECTRONIC NOTICE**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St
Room 873
Chicago, IL 60604