UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No: 11 B 44876 |
| Paul Edmund Sickinger, and | ) | |
| Margaret Mary Sickinger | ) | Honorable Bruce W. Black |
| | ) | |
| Debtors, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to FrankGecker LLP, Attorneys for Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $8155.00 | Total Costs Requested: | $ 31.17 |
| Fees Disallowed: | $ 350.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $ 7805.00 | Total Costs Allowed: | $ 31.17 |

**Total Fees and Costs Allowed:**    $ 7,836.17

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(14)    Computational or Typographical Error**
The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

6/12/12     Revise first interim fee application                                $350.00

FrankGecker LLP is hereby awarded an allowance of compensation and expenses as set forth above.

Dated:  8 FEB 2013                         Entered: /s/ Bruce W. Black

Bruce W. Black
United States Bankruptcy Court