**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
|  | ) |  |
| SICKINGER, PAUL EDMUND | ) | CASE NO. 11-44876-BWB |
| SICKINGER, MARGARET MARY | ) |  |
| Debtor(s). | ) | Hon. Bruce W. Black |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Bruce W. Black

NOW COMES Joji Takada, Trustee herein, pursuant to 11 U.S.C. §330, and requests $30,964.10 as compensation and $18.90 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $554,282.05. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $25,214.10 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $30,964.10 | |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| _Photocopies | $5.40 |
| Photocopies | $5.40 |
| _Postage | $4.05 |
| Postage | $4.05 |
| | |
| TOTAL EXPENSES | $18.90 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____        /s/ Joji Takada _____
                                                                Joji Takada, Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
Business        (773) 790-4888
FAX                (773) 913-8800

**JOJI TAKADA, CHAPTER 7 TRUSTEE**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

**Timesheet #:** 237
**Date:** 4/11/13
**Case Number:** 11--44876
**Matter #:** 016--Sickinger

| Entry Date | Description | Hours |
|---|---|---|
| 12/23/2011 | Telephone conference and correspondence with M. Hansbrough re: broker for Naperville, Illinois residential real estate; Review Listing Agreement and Declaration of M. Hansbrough re: same; Draft and revise Notice, Application and Proposed Order re: employing M. Hansbrough as real estate broker for Naperville, Illinois property. | 2.50 |
| 1/16/2012 | Prepare and revise Forms 1, 2 and 3 for the US Trustee; File and mail same. | 2.00 |
| 1/17/2012 | Prepare and revise Forms 1, 2 and 3 for the US Trustee; File and mail same. | 0.50 |
| 2/21/2012 | Telephone conferences and correspondence with J. Leonhard re: marketing and sale of Tomahawk, WI real property; Review CMA and listing agreement re: same. | 1.50 |
| 2/22/2012 | Telephone conference with J. Leonhard re: retaining broker for Tomahawk, Wisconsin real property; Review and revise Listing Agreement and Rider to same; Correspondence and telephone conference with J. Leonhard re: same; Review Declaration of J. Leonhard; Draft and revise Notice, Application and Proposed Order re: retaining J. Leonhard as real estate broke for Tomahawk, WI property. | 2.50 |
| 2/23/2012 | Telephone conferences and correspondence with M. Hansbrough re: showing of Naperville property to prospective buyers; Correspondence with B. Scalambrino re: same; Correspondence with P. Sickinger re: condition report. | 2.00 |
| 2/28/2012 | Review and revise Notice, Application, Listing Agreement, Declaration and Proposed Order re: retaining J. Leonhard as real estate broke for Tomahawk, WI property; File and mail same. | 1.50 |
| 3/13/2012 | Telephone conference and correspondence with J. Leonhard re: employment of firm and listing of Tomahawk, WI property; Correspondence with B. Scalambrino re: condition of Tomahawk, WI property. | 1.50 |
| 3/21/2012 | Telephone conference and correspondence with R. Hoff re: lender placed property insurance at Tomahawk, Wisconsin real property. | 1.30 |
| 4/10/2012 | Telephone conferences and correspondence with M. Hansbrough and Z. Zielinski re: offer to purchase Naperville property; Review Purchase Contract and Motion to Sell Free and Clear; Correspondence with Z. Zielinski re: same. | 2.90 |
| 4/12/2012 | Review offer to purchase re: Naperville property; Telephone conference and correspondence with M. Hansbrough and Z. Zielinski re: same. | 1.50 |
| 4/13/2012 | Review preliminary title report. | 1.00 |
| 4/17/2012 | Correspondence with C. Muniz re: transfer of electricity at Tomahawk, Wisconsin real property. | 0.30 |
| 4/23/2012 | Telephone conference with Z. Zielinski and M. Hansbrough re: inspection results. | 0.50 |
| 4/24/2012 | Review options for radon gas remediation; Telephone conference and correspondence with Z. Zielinski re: same. | 0.80 |

**JOJI TAKADA, CHAPTER 7 TRUSTEE**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

**Timesheet #:** 237
**Date:** 4/11/2013
**Case Number:** 11--44876
**Matter #:** 016--Sickinger

| Entry Date | Description | Hours |
|---|---|---|
| 4/26/2012 | Telephone conference with Z. Zielinski and M. Hansbrough re: inspection results. | 0.30 |
| 5/1/2012 | Correspondence with C. Muniz re: payment of utilities at Wisconsin property. | 0.30 |
| 5/3/2012 | Correspondence with C. Muniz re: payment of utilities at Wisconsin property. | 0.30 |
| 5/7/2012 | Telephone conference with C. Deangelo re: closing of sale; Correspondence with Z. Zielinski re: same; Telephone conference with J. Leonhard re: status of sale of Wisconsin home. | 1.30 |
| 5/8/2012 | Telephone conference and correspondence with J. Leonhard re: cleanup of Wisconsin property, removal of personal items and disposal of waste; Correspondence with B. Scalambrino re: same. | 0.50 |
| 5/8/2012 | Correspondence with C. Muniz re: transfer of electricity at Tomahawk, Wisconsin real property. | 0.40 |
| 5/9/2012 | Review closing documents and disbursement statement; Telephone conference and correspondence with Z. Zielinski re: same. | 1.50 |
| 5/10/2012 | Review payoff documents and title report. | 1.50 |
| 5/11/2012 | Review closing documents and disbursement statement; Telephone conference and correspondence with Z. Zielinski re: same. | 0.50 |
| 5/24/2012 | Telephone conference and correspondence with Z. Zielinski re: closing of Naperville, Illinois real property; Correspondence with C. Muniz re: payment of Debtors' homestead exemption for Naperville, Illinois property. | 2.25 |
| 6/15/2012 | Telephone conferences and correspondence with C. Muniz re: Tomahawk, Wisconsin electricity bill; Draft and revise Notice, Motion and Proposed Order re: authorization to pay administrative expenses including electricity and lawn maintenance; File and serve same. | 2.50 |
| 6/27/2012 | Telephone conference with Wisconsin Energy re: transfer of electric bill of Tomahawk real property to Trustee. | 1.00 |
| 6/27/2012 | Review Application for Compensation re: Frank Gecker legal fees; Telephone conference with Z. Zielinski re: same. | 1.40 |
| 7/24/2012 | Review order allowing compensation; Telephone conference with Z. Zielinski re: same. | 0.50 |
| 7/30/2012 | Telephone conference with J. Leonhard re: results of showing of Tomahawk, Wisconsin real property and inventory of personal property at same. | 0.50 |
| 7/31/2012 | Telephone conference with J. Leonhard re: sale of Tomahawk, Wisconsin real property; Correspondence with C. Muniz re: personal property left on Tomahawk, Wisconsin property; Review schedules re: same. | 1.25 |
| 8/1/2012 | Review schedules and exemptions; Correspondence and telephone conference with C. Muniz re: turnover of nonexempt bank funds. | 1.50 |
| 8/3/2012 | Review schedules and exemptions; Correspondence and telephone conference with C. Muniz re: turnover of nonexempt bank funds. | 0.70 |

JOJI TAKADA, CHAPTER 7 TRUSTEE
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

| | |
|---|---|
| **Timesheet #:** | 237 |
| **Date:** | 4/11/2013 |
| **Case Number:** | 11--44876 |
| **Matter #:** | 016--Sickinger |

| Entry Date | Description | Hours |
|---|---|---:|
| 8/4/2012 | Telephone conference and correspondence with J. Leonhard re: second offer to purchase Tomahawk, Wisconsin real property; Review second offer to purchase; Telephone conference with Z. Zielinski re: same. | 1.50 |
| 8/6/2012 | Review revised offer to purchase Tomahawk, Wisconsin real property; Telephone conference and correspondence with J. Leonhard re: revised offer to purchase; Telephone conference and correspondence with Z. Zielinski re: same; Review and revise Motion to Approve Sale of property; Review schedules, claims and file re: evaluating same. | 3.40 |
| 8/7/2012 | Conference with R. Matsui re: employing Callero and Callero as accountants; Review Affidavit of James Diamico. | 1.50 |
| 8/13/2012 | Draft and revise Notice, Application and Proposed Order re: retaining Callero and Callero as account; Review Declaration of James Diamico re: same; File and mail same. | 1.80 |
| 1/16/2013 | Review and revise Second Fee Application of Frank Gecker; Telephone conference with Z. Zielinski re: same; Review Federal and state estate tax return. | 2.40 |
| 2/19/2013 | Draft and revise Notice and Motion to Pay Administrative Expenses; Review and revise Fee Application of Callero and Callero; File and serve same. | 1.90 |
| 3/22/2013 | Travel to and attend hearing re: Motion to Pay Administrative Expenses and Fee Application of Callero and Callero | 0.30 |
| 4/10/2013 | Prepare and draft Trustee Final Report, Trustee Fee Application, and Notice re: same. | 2.50 |
| | ANTICIPATED--File Trustee Final Report, Trustee Fee Application, and Notice re: same; Travel to and attend hearing re: same. | 0.50 |
| | TOTAL HOURS: | 56.30 |
| | $10.80--Photocopies at $0.10 per copy (Motion to Pay Administrative Expenses and Fee Application of Callero and Callero)<br>$8.10--Postage at $0.45 (Motion to Pay Administrative Expenses and Fee Application of Callero and Callero) | |