**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-44876 |
|---|---|---|
| PAUL EDMUND SICKINGER | § | Chapter 7 |
| MARGARET MARY SICKINGER | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 9/27/2013
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/22/2013                  By: _/s/ Joji Takada_
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| PAUL EDMUND SICKINGER | § | Case No. 11-44876 |
| MARGARET MARY SICKINGER | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 584,282.05 |
| and approved disbursements of | $ | 390,949.61 |
| leaving a balance on hand of[1] | $ | 193,332.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | PNC Bank | $ 120,970.34 | $ 120,970.34 | $ 120,970.34 | $ 0.00 |
| 8 | River Valley Bank | $ 162,264.83 | $ 170,496.93 | $ 170,496.93 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 193,332.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 30,964.10 | $ 0.00 | $ 30,964.10 |
| Trustee Expenses: Joji Takada | $ 18.90 | $ 0.00 | $ 18.90 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 8,747.69 | $ 8,747.69 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 2,391.75 | $ 2,391.75 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Callero and Callero LLP | $ 3.42 | $ 3.42 | $ 0.00 |
| Other: Aaron Leonhard | $ 350.00 | $ 350.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 12.15 | $ 12.15 | $ 0.00 |
| Other: Paul Sickinger | $ 478.69 | $ 478.69 | $ 0.00 |
| Other: Wisconsin Public Service | $ 60.54 | $ 60.54 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 30,983.00 |
| Remaining Balance | $ 162,349.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,265,964.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corporation | $ 15,801.24 | $ 0.00 | $ 1,132.11 |
| 2 | People's Capital and Leasing Corp. | $ 200,000.00 | $ 0.00 | $ 14,329.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | TCF Equipment Finance, Inc. | $ 53,821.32 | $ 0.00 | $ 3,856.13 |
| 4 | Wisconsin Public Service | $ 102.37 | $ 0.00 | $ 7.33 |
| 5 | U.S. Bancorp Equipment Finance Inc. | $ 200,619.87 | $ 0.00 | $ 14,373.80 |
| 6 | Nicole Chevalier | $ 15,526.34 | $ 0.00 | $ 1,112.41 |
| 7 | MB Financial Bank NA | $ 1,780,093.46 | $ 0.00 | $ 127,538.27 |

Total to be paid to timely general unsecured creditors   $    162,349.44

Remaining Balance   $    0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                   Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-44876-BWB
Paul Edmund Sickinger                                                   Chapter 7
Margaret Mary Sickinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
db/jdb    #+Paul Edmund Sickinger,    Margaret Mary Sickinger,    2446 Flambeau Drive,
            Naperville, IL 60564-9655
18014026   +All Points Capital,   275 Broadhollow Road,    Melville, NY 11747-4808
18014030   +City of Naperville,   400 S. Eagle Street,    Naperville, IL 60540-5279
18108527   +Colonial Pacific Leasing Corporation,    c/o Patricia E. Rademacher,    Coston & Rademacher,
            105 W. Adams, Suite 1400,    Chicago, IL 60603-6206
18014032   +Dennis Dressler,   Dressler & Peters LLC,    111 W. Washington St., Suite 1900,
            Chicago, IL 60602-2713
18014035   +John Bonini,   McGuire Woods LLP,   77 West Wacker Dr., Suite 4400,    Chicago, IL 60601-1681
18014038   +MB Financial Bank,   800 West Madison Street,    Chicago, IL 60607-2683
18438062   +MB Financial Bank, N.A.,   Mark Kosminskas Sr.,    6111 River Road,   Rosemont, IL 60018-5111
18014039   +Nancy A. Ross,   High Ridge Partners, Inc.,    140 S. Dearborn Street, Suite 420,
            Chicago, IL 60603-5233
18014040   +Nick Kern,   Small Business Growth Corporation,    2401 W. White Oaks Drive,
            Springfield, IL 62704-7424
18407592   +Nicole Chevalier,   1560 N. Sandburg Terr.,    #501,   Chicago, IL 60610-7703
18014042   +P.E. Rademacher,   Coston & Rademacher,   105 W. Adams St., Suite 1400,    Chicago, IL 60603-6206
18014044   +PNC Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
18109615   +People's Capital and Leasing Corp.,    c/o Dennis A. Dressler,   Dressler Peters, LLC,
            111 W. Washington St., Ste. 1900,    Chicago, IL 60602-2713
18014043   +People's Capital and Leasing Corp.,    255 Bank Street,   4th Floor,   Waterbury, CT 06702-2228
18014045   +River Valley State Bank,   1218 N. 4th Street,    Tomahawk, WI 54487-2152
18014046    River Valley State Bank,   1130 E. Grand Avenue,    Rothschild, WI 54474-1023
18014047   +Robert W. Glanz,   Shaw Gussis,   321 N. Clark Street, Suite 800,    Chicago, IL 60654-4766
18300237   +U.S. Bancorp Equipment Finance Inc.,    13010 SW 68th Parkway Ste 100,   Portland,OR 97223-9621
18014051    U.S. Bancorp,   P.O. Box 790413,   Saint Louis, MO 63179-0413
18014053   +U.S. Small Business Administration,    801 R. Street,   #101,   Fresno, CA 93721-2365
18014052   +U.S. Small Business Administration,    500 W. Madison Street,   Suite 1150,
            Chicago, IL 60661-2566
18014054    Wide Open West Cable,   P.O. Box 5715,   Carol Stream, IL 60197-5715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18014027    E-mail/Text: g17768@att.com Aug 23 2013 20:09:49     AT&T,   P.O. Box 5001,
             Carol Stream, IL 60197-5001
18014028    E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Aug 23 2013 20:15:21      Charter Communications,
             1265 John Q. Hammons 100,    Madison, WI 53717-1936
18014031   +E-mail/Text: capitalbankruptcynotice@ge.com Aug 23 2013 20:11:58
             Colonial Pacific Leasing Corp,    1010 Thomas Edison Blvd.,   Cedar Rapids, IA 52404-8247
18014033    E-mail/Text: bankruptcynotification@frontiercorp.com Aug 23 2013 20:08:59      Frontier,
             P.O. Box 6000,    Hayden, ID 83835-2009
18014037    E-mail/Text: bnckohlsnotices@becket-lee.com Aug 23 2013 20:07:54      Kohl's,   P.O. Box 3043,
             Milwaukee, WI 53201-3043
18014041    E-mail/Text: bankrup@aglresources.com Aug 23 2013 20:07:21      Nicor Gas,   P.O. box 0632,
             Aurora, IL 60507-0632
18484882   +E-mail/Text: cnowak@rivervalleybank.com Aug 23 2013 20:10:01      River Valley Bank,
             Attn: Collections Dept.,    327 N. 17th Ave.,   Wausau, WI 54401-4285
18014049    E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 23 2013 20:11:40      State Farm,
             P.O. Box 82542,    Lincoln, NE 68501-2542
18014048    E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 23 2013 20:11:40      State Farm,
             2702 Ireland Grove Road,    Bloomington, IL 61709-0001
18014050    E-mail/Text: bankruptcynotices@tcfef.com Aug 23 2013 20:10:55      TCF Equipment Finance,
             P.O. Box 650,    Hopkins, MN 55343-0650
18184021   +E-mail/Text: bankruptcynotices@tcfef.com Aug 23 2013 20:10:55      TCF Equipment Finance, Inc.,
             11100 Wayzata Blvd, Suite 801,    Minnetonka, MN 55305-5503
18014055    E-mail/Text: DLStange@wisconsinpublicservice.com Aug 23 2013 20:09:46
             Wisconsin Public Service,    PO Box 19001,   Green Bay, WI 54307-9001
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18014029     Chase Auto Finance Corp.
18014036     JPMorgan Chase Bank, N.A.
18014034   ##+I.P.P. Litho Plate Corporation,    7300 N. Natchez Ave.,   Niles, IL 60714-4505
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: lkorotko              Page 2 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko            Page 3 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2013 at the address(es) listed below:

```
          Bruce C Scalambrino    on behalf of Joint Debtor Margaret Mary Sickinger bcs@sacounsel.com
          Bruce C Scalambrino    on behalf of Debtor Paul Edmund Sickinger bcs@sacounsel.com
          Christopher L Muniz    on behalf of Debtor Paul Edmund Sickinger clm@sacounsel.com
          Christopher L Muniz    on behalf of Joint Debtor Margaret Mary Sickinger clm@sacounsel.com
          Dennis A Dressler    on behalf of Creditor    People's Capital and Leasing Corp.
           ddressler@dresslerpeters.com
          Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Kevin M Hyde    on behalf of Creditor    MB Financial Bank, N.A. khyde@shawfishman.com
          Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com, ccarpenter@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 11
```