UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PAUL EDMUND SICKINGER § Case No. 11-44876
MARGARET MARY SICKINGER §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-44876 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

| Case Name: | PAUL EDMUND SICKINGER | Date Filed (f) or Converted (c): | 11/03/2011 (f) |
|---|---|---|---|
| | MARGARET MARY SICKINGER | 341(a) Meeting Date: | 11/28/2011 |
| For Period Ending: | 07/02/2013 | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining<br>Assets |
| 1. SINGLE FAMILY HOME 2446 FLAMBEAU DRIVE, NAPERVIL | 280,000.00 | 130,000.00 | | 265,000.00 | FA |
| 2. SINGLE FAMILY HOME 2404 SMOKEY DRIVE, TOMAHAWK, | 240,000.00 | 82,000.00 | | 252,000.00 | FA |
| 3. VACANT LOT, LOT #10 SMOKEY DRIVE, TOMAHAWK, WI 5 | Unknown | 0.00 | | 25,000.00 | FA |
| 4. PNC BANK MONEY MARKET ACCOUNT ACCT. NO. 6226 | 0.00 | 0.00 | | 0.00 | FA |
| 5. RIVER VALLEY STATE BANK MONEY MARKET ACCOUNT ACC | 469.00 | 469.00 | | 469.00 | FA |
| 6. CHASE CHECKING ACCOUNT ACCT. NO. 4728 | 3,963.00 | 3,963.00 | | 3,963.00 | FA |
| 7. HARRIS BANK CHECKING ACCOUNT ACCT. NO. 2117 | 25.00 | 25.00 | | 25.00 | FA |
| 8. AMERICAN CHARTER HEALTH SAVINGS ACCOUNT ACCT. NO | 11,894.00 | 3,894.00 | | 3,894.00 | FA |
| 9. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS 24 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS 24 | 1,000.00 | 1,000.00 | | 8,000.00 | FA |
| 11. MISCELLANOUS BOOKS, PHOTOS, CDS AND DVDS 2446 FL | 200.00 | 0.00 | | 0.00 | FA |
| 12. MISCELLANEOUS WEARING APPAREL 2446 FLAMBEAU DRIV | 500.00 | 0.00 | | 0.00 | FA |
| 13. VANGUARD IRA P.O. BOX 2600 VALLEY FORGE, PA 1948 | 38,187.65 | 0.00 | | 0.00 | FA |
| 14. VANGUARD IRA P.O. BOX 2600 VALLEY FORGE, PA 1948 | 190,535.33 | 0.00 | | 0.00 | FA |
| 15. GRAPHIC COMMUNICATIONS INTERNATIONAL UNION RETIR | Unknown | 0.00 | | 0.00 | FA |
| 16. SCHIELE GROUP 401K PLAN | 7,152.90 | 0.00 | | 0.00 | FA |
| 17. I.P.P. LITHO PLATE CORPORATION 7300 N. NATCHEZ A | 0.00 | 0.00 | | 0.00 | FA |
| 18. MP CAPITAL MANAGEMENT, LLC 2446 FLAMBEAU DRIVE N | 0.00 | 0.00 | | 0.00 | FA |
| 19. 1989 YAMAHA RAZZ SCOOTER 2404 SMOKEY DRIVE TOMAH | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2012 MAZDA 5 2446 FLAMBEAU DRIVE NAPERVILLE, IL | Unknown | 0.00 | | 0.00 | FA |
| 21. 2012 MAZDA 3 2446 FLAMBEAU DRIVE NAPERVILLE, IL | Unknown | 0.00 | | 0.00 | FA |
| 22. 1997 ARCTIC CAT TIGERSHARK JET SKI 2404 SMOKEY D | 1,500.00 | 1,500.00 | | 2,000.00 | FA |
| 23. Tax refund (u) | 0.00 | 23,931.05 | | 23,931.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) | $776,426.88 | $247,782.05 | | $584,282.05 | $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

121212--Naperville IL real estate sold and proceeds received; Tomahawk WI real estate sold and proceeds received.
011513--Filed tax returns and awaiting audit period to end.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 23 | -- | 121512--Received Debtors' 2011 tax return showing entitlement to approximately $28,000 tax refund.  Proration of 304/365 entitles estate to approximately $24,000 of refund.  Contacted Debtors' attorney re: same. |

Initial Projected Date of Final Report (TFR): 11/03/2013    Current Projected Date of Final Report (TFR): 11/03/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-44876
Case Name: PAUL EDMUND SICKINGER
           MARGARET MARY SICKINGER

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX7169
Checking Account

Taxpayer ID No: XX-XXX9644
For Period Ending: 07/02/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/12 | | Chicago Title and Trust Company 55 S. Main Street #396 Naperville, Illinois 60540 | Proceeds from sale Sale of Naperville residence | | $81,142.08 | | $81,142.08 |
| | | | Gross Receipts     $265,000.00 | | | | |
| | | PNC Bank 6750 Miller Road Brecksville, OH 44141-3262 | ($120,970.34) | 4110-000 | | | |
| | | Broker Commission | ($8,250.00) | 3510-000 | | | |
| | | Paul Sickinger and Margaret Sickinger | ($30,000.00) | 8100-002 | | | |
| | | Title Charges | ($128.00) | 2500-000 | | | |
| | | Real Estate Taxes | ($10,587.08) | 2500-000 | | | |
| | | Settlement Charges (warranty, survey, radon remediation) | ($2,135.00) | 2500-000 | | | |
| | | Negotiated Seller Credits | ($11,787.50) | 2500-000 | | | |
| | 1 | | SINGLE FAMILY HOME    $265,000.00 2446 FLAMBEAU DRIVE, NAPERVIL | 1110-000 | | | |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $12.15 | $81,129.93 |
| 07/25/12 | 1002 | Frank Gecker LLP 325 N. LaSalle, Suite 625 Chicago, IL 60610 | Administrative Expense Bankruptcy counsel legal fees | 3210-000 | | $8,747.69 | $72,382.24 |
| 08/09/12 | | Paul and Margaret Sickinger | Non-exempt bank funds | | $8,351.00 | | $80,733.24 |
| | | | Gross Receipts     $8,351.00 | | | | |
| | 6 | | CHASE CHECKING    $3,963.00 ACCOUNT ACCT. NO. 4728 | 1129-000 | | | |
| | 7 | | HARRIS BANK    $25.00 CHECKING ACCOUNT ACCT. NO. 2117 | 1129-000 | | | |
| | 8 | | AMERICAN CHARTER    $3,894.00 HEALTH SAVINGS ACCOUNT ACCT. NO | 1129-000 | | | |
| | 5 | | RIVER VALLEY STATE    $469.00 BANK MONEY MARKET ACCOUNT ACC | 1129-000 | | | |
| 08/09/12 | 1003 | Aaron Leonhard W1184 Packer Point Drive Gleason WI 54487 | Administrative Expense Payment for lawn maintenance/upkeep | 2500-000 | | $350.00 | $80,383.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:     $89,493.08     $9,109.84

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-44876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: PAUL EDMUND SICKINGER | Bank Name: Congressional Bank |
| MARGARET MARY SICKINGER | Account Number/CD#: XXXXXX7169 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9644 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/12 | | Guaranty Title Services Inc.<br>2402 East Main Street, Suite 7<br>Merrill, Wisconsin 54452 | Proceeds from sale | | $92,385.02 | | $172,768.26 |
| | | | Gross Receipts          $287,000.00 | | | | |
| | | River Valley Bank<br>Attn: Collections Dept.<br>327 N. 17th Ave.<br>Wausau, WI 55401 | Mortgage payoff       ($170,496.93) | 4110-000 | | | |
| | | Northwoods Community Realty | Broker commission     ($14,350.00)<br>payment | 3510-000 | | | |
| | | Closing Costs and Expenses | Administrative Expense   ($1,519.80) | 2500-000 | | | |
| | | Real Property and Transfer Taxes | Administrative Expense   ($8,248.25) | 2500-000 | | | |
| | 22 | | 1997 ARCTIC CAT          $2,000.00<br>TIGERSHARK JET SKI<br>2404 SMOKEY D | 1129-000 | | | |
| | 2 | | SINGLE FAMILY HOME   $252,000.00<br>2404 SMOKEY DRIVE,<br>TOMAHAWK, | 1110-000 | | | |
| | 3 | | VACANT LOT, LOT #10    $25,000.00<br>SMOKEY DRIVE,<br>TOMAHAWK, WI 5 | 1110-000 | | | |
| | 10 | | MISCELLANEOUS          $8,000.00<br>HOUSEHOLD GOODS<br>AND FURNISHINGS 24 | 1129-000 | | | |
| 09/10/12 | 1004 | Wisconsin Public Service<br>PO Box 19003<br>Green Bay, Wisconsin 54307-9003 | Administrative Expense<br>Outstanding electricity bill for Tomahawk, WI property | 2410-000 | | $60.54 | $172,707.72 |
| 12/19/12 | 23 | Paul E Sickinger | Non-exempt funds<br>Nonexempt 2011 tax refund | 1224-000 | $23,931.05 | | $196,638.77 |
| 02/12/13 | | Transfer to Acct # xxxxxx8216 | Transfer of Funds | 9999-000 | | $196,638.77 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $205,809.15 | $205,809.15 |
| Less: Bank Transfers/CD's | $0.00 | $196,638.77 |
| Subtotal | $205,809.15 | $9,170.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $205,809.15 | $9,170.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:   $116,316.07   $196,699.31

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-44876  
Case Name: PAUL EDMUND SICKINGER  
MARGARET MARY SICKINGER  
Taxpayer ID No: XX-XXX9644  
For Period Ending: 07/02/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8216  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx7169 | Transfer of Funds | 9999-000 | $196,638.77 | | $196,638.77 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.27 | $196,478.50 |
| 03/27/13 | 100001 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative Expense | 3410-000 | | $2,391.75 | $194,086.75 |
| 03/27/13 | 100002 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative Expense | 3420-000 | | $3.42 | $194,083.33 |
| 03/27/13 | 100003 | Paul Sickinger c/o Christopher L. Muniz Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, Illinois 60602 | Administrative Expense Payment of post-petition utilities at Wisconsin real property | 2410-000 | | $478.69 | $193,604.64 |
| 03/27/13 | 100004 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $272.20 | $193,332.44 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $292.07 | $193,040.37 |
| 04/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($292.07) | $193,332.44 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $196,638.77 | $3,306.33 |
| Less: Bank Transfers/CD's | $196,638.77 | $0.00 |
| Subtotal | $0.00 | $3,306.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,306.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $196,638.77    $3,306.33

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7169 - Checking Account | $205,809.15 | $9,170.38 | $0.00 |
| XXXXXX8216 - Checking | $0.00 | $3,306.33 | $193,332.44 |
|  | $205,809.15 | $12,476.71 | $193,332.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $378,472.90 |
|---|---|
| Total Net Deposits: | $205,809.15 |
| Total Gross Receipts: | $584,282.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:  $0.00  $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-44876-BWB  
Debtor Name: PAUL EDMUND SICKINGER  
Claims Bar Date: 2/29/2012

Date: July 2, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $30,964.10 | $30,964.10 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $18.90 | $18.90 |
| 100 2300 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $12.15 | $12.15 |
| 100 2410 | Paul Sickinger<br>c/o Christopher L. Muniz<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, Illinois 60602 | Administrative | | $0.00 | $478.69 | $478.69 |
| 100 2410 | Wisconsin Public Service<br>PO Box 19003<br>Green Bay, Wisconsin 54307-9003 | Administrative | | $0.00 | $60.54 | $60.54 |
| 100 2500 | Aaron Leonhard<br>W1184 Packer Point Drive<br>Gleason WI 54487 | Administrative | | $0.00 | $0.00 | $350.00 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Suite 625<br>Chicago, IL 60610 | Administrative | | $0.00 | $0.00 | $8,747.69 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $2,391.75 | $2,391.75 |
| 100 3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $3.42 | $3.42 |

Page 1  Printed: July 2, 2013

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-44876-BWB  
Debtor Name: PAUL EDMUND SICKINGER  
Claims Bar Date: 2/29/2012

Date: July 2, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 1 300 7100 | Colonial Pacific Leasing Corporation c/o Patricia E. Rademacher Coston & Rademacher 105 W. Adams, Suite 1400 Chicago, IL 60603 | Unsecured | | $13,000.00 | $15,801.24 | $15,801.24 |
| 2 300 7100 | People's Capital and Leasing Corp. c/o Dennis A. Dressler Dressler Peters, LLC 111 W. Washington St., Ste. 1900 Chicago, IL 60602 | Unsecured | | $200,000.00 | $200,000.00 | $200,000.00 |
| 3 300 7100 | TCF Equipment Finance, Inc. 11100 Wayzata Blvd, Suite 801 Minnetonka, MN 55305 | Unsecured | | $55,000.00 | $53,821.32 | $53,821.32 |
| 4 300 7100 | Wisconsin Public Service PO Box 19001 Green Bay, WI 54307-9001 | Unsecured | | $0.00 | $102.37 | $102.37 |
| 5 300 7100 | U.S. Bancorp Equipment Finance Inc. 13010 SW 68th Parkway Ste 100 Portland, OR 97223 | Unsecured | | $0.00 | $200,619.87 | $200,619.87 |
| 6 300 7100 | Nicole Chevalier 1560 N. Sandburg Terr. #501 Chicago, IL 60610 | Unsecured | | $0.00 | $15,526.34 | $15,526.34 |
| 7 300 7100 | MB Financial Bank NA Mark Kosminskas Sr. 6111 River Road Rosemont, IL 60018 | Unsecured | | $1,843,000.00 | $1,780,093.46 | $1,780,093.46 |
| 400 4110 | PNC Bank 6750 Miller Road Brecksville, OH 44141-3262 | Secured | | $120,000.00 | $120,970.34 | $120,970.34 |
| 8 400 4110 | River Valley Bank Attn: Collections Dept. 327 N. 17th Ave. Wausau, WI 55401 | Secured | | $158,000.00 | $162,264.83 | $170,496.93 |
| | Case Totals | | | $2,389,000.00 | $2,583,129.32 | $2,600,459.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  Printed: July 2, 2013

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-44876-BWB                                                                                                    Date: July 2, 2013
Debtor Name: PAUL EDMUND SICKINGER
Claims Bar Date: 2/29/2012

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-44876
Case Name: PAUL EDMUND SICKINGER
         MARGARET MARY SICKINGER
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | PNC Bank | $ | $ | $ | $ |
| 8 | River Valley Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |
| Attorney for Trustee Fees: Frank Gecker LLP | $ | $ | $ |
| Accountant for Trustee Fees: Callero and Callero LLP | $ | $ | $ |
| Accountant for Trustee Expenses: Callero and Callero LLP | $ | $ | $ |
| Other: Aaron Leonhard | $ | $ | $ |
| Other: INTERNATIONAL SURETIES | $ | $ | $ |
| Other: Paul Sickinger | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Wisconsin Public Service | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corporation | $ | $ | $ |
| 2 | People's Capital and Leasing Corp. | $ | $ | $ |
| 3 | TCF Equipment Finance, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Wisconsin Public Service | $ | $ | $ |
| 5 | U.S. Bancorp Equipment Finance Inc. | $ | $ | $ |
| 6 | Nicole Chevalier | $ | $ | $ |
| 7 | MB Financial Bank NA | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE