UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
PAUL EDMUND SICKINGER                     §    Case No. 11-44876
MARGARET MARY SICKINGER                   §
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul Sickinger and Margaret Sickinger | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank | | | | | |
| 8 | River Valley Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | | | | | |
| Paul Sickinger | | | | | |
| Wisconsin Public Service | | | | | |
| Aaron Leonhard | | | | | |
| Closing Costs and Expenses | | | | | |
| Negotiated Seller Credits | | | | | |
| Real Estate Taxes | | | | | |
| Real Property and Transfer Taxes | | | | | |
| Settlement Charges (warranty, survey, radon remediation) | | | | | |
| Title Charges | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Callero and Callero LLP | | | | | |
| Callero and Callero LLP | | | | | |
| Broker Commission | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northwoods Community Realty | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corporation | | | | | |
| 7 | MB Financial Bank NA | | | | | |
| 6 | Nicole Chevalier | | | | | |
| 2 | People's Capital and Leasing Corp. | | | | | |
| 3 | TCF Equipment Finance, Inc. | | | | | |
| 5 | U.S. Bancorp Equipment Finance Inc. | | | | | |
| 4 | Wisconsin Public Service | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-44876 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | PAUL EDMUND SICKINGER | | | | Date Filed (f) or Converted (c): | 11/03/2011 (f) |
| | MARGARET MARY SICKINGER | | | | 341(a) Meeting Date: | 11/28/2011 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 2446 FLAMBEAU DRIVE, NAPERVIL | 280,000.00 | 130,000.00 | | 265,000.00 | FA |
| 2. SINGLE FAMILY HOME 2404 SMOKEY DRIVE, TOMAHAWK, | 240,000.00 | 82,000.00 | | 252,000.00 | FA |
| 3. VACANT LOT, LOT #10 SMOKEY DRIVE, TOMAHAWK, WI 5 | Unknown | 0.00 | | 25,000.00 | FA |
| 4. PNC BANK MONEY MARKET ACCOUNT ACCT. NO. 6226 | 0.00 | 0.00 | | 0.00 | FA |
| 5. RIVER VALLEY STATE BANK MONEY MARKET ACCOUNT ACC | 469.00 | 469.00 | | 469.00 | FA |
| 6. CHASE CHECKING ACCOUNT ACCT. NO. 4728 | 3,963.00 | 3,963.00 | | 3,963.00 | FA |
| 7. HARRIS BANK CHECKING ACCOUNT ACCT. NO. 2117 | 25.00 | 25.00 | | 25.00 | FA |
| 8. AMERICAN CHARTER HEALTH SAVINGS ACCOUNT ACCT. NO | 11,894.00 | 3,894.00 | | 3,894.00 | FA |
| 9. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS 24 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS 24 | 1,000.00 | 1,000.00 | | 8,000.00 | FA |
| 11. MISCELLANOUS BOOKS, PHOTOS, CDS AND DVDS 2446 FL | 200.00 | 0.00 | | 0.00 | FA |
| 12. MISCELLANEOUS WEARING APPAREL 2446 FLAMBEAU DRIV | 500.00 | 0.00 | | 0.00 | FA |
| 13. VANGUARD IRA P.O. BOX 2600 VALLEY FORGE, PA 1948 | 38,187.65 | 0.00 | | 0.00 | FA |
| 14. VANGUARD IRA P.O. BOX 2600 VALLEY FORGE, PA 1948 | 190,535.33 | 0.00 | | 0.00 | FA |
| 15. GRAPHIC COMMUNICATIONS INTERNATIONAL UNION RETIR | Unknown | 0.00 | | 0.00 | FA |
| 16. SCHIELE GROUP 401K PLAN | 7,152.90 | 0.00 | | 0.00 | FA |
| 17. I.P.P. LITHO PLATE CORPORATION 7300 N. NATCHEZ A | 0.00 | 0.00 | | 0.00 | FA |
| 18. MP CAPITAL MANAGEMENT, LLC 2446 FLAMBEAU DRIVE N | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-44876 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | PAUL EDMUND SICKINGER | | | | Date Filed (f) or Converted (c): | 11/03/2011 (f) |
| | MARGARET MARY SICKINGER | | | | 341(a) Meeting Date: | 11/28/2011 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 1989 YAMAHA RAZZ SCOOTER 2404 SMOKEY DRIVE TOMAH | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2012 MAZDA 5 2446 FLAMBEAU DRIVE NAPERVILLE, IL | Unknown | 0.00 | | 0.00 | FA |
| 21. 2012 MAZDA 3 2446 FLAMBEAU DRIVE NAPERVILLE, IL | Unknown | 0.00 | | 0.00 | FA |
| 22. 1997 ARCTIC CAT TIGERSHARK JET SKI 2404 SMOKEY D | 1,500.00 | 1,500.00 | | 2,000.00 | FA |
| 23. Tax refund (u) | 0.00 | 23,931.05 | | 23,931.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $776,426.88       $247,782.05       $584,282.05       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

121212--Naperville IL real estate sold and proceeds received; Tomahawk WI real estate sold and proceeds received.
011513--Filed tax returns and awaiting audit period to end.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 23 | -- | 121512--Received Debtors' 2011 tax return showing entitlement to approximately $28,000 tax refund.  Proration of 304/365 entitles estate to approximately $24,000 of refund.  Contacted Debtors' attorney re: same. |

Initial Projected Date of Final Report (TFR): 11/03/2013     Current Projected Date of Final Report (TFR): 11/03/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-44876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: PAUL EDMUND SICKINGER | Bank Name: Congressional Bank |
| MARGARET MARY SICKINGER | Account Number/CD#: XXXXXX7169 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9644 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/12 | | Chicago Title and Trust Company<br>55 S. Main Street #396<br>Naperville, Illinois 60540 | Proceeds from sale<br>Sale of Naperville residence | | $81,142.08 | | $81,142.08 |
| | | | Gross Receipts $265,000.00 | | | | |
| | | PNC Bank<br>6750 Miller Road<br>Brecksville, OH 44141-3262 | ($120,970.34) | 4110-000 | | | |
| | | Broker Commission | ($8,250.00) | 3510-000 | | | |
| | | Paul Sickinger and Margaret Sickinger | ($30,000.00) | 8100-002 | | | |
| | | Title Charges | ($128.00) | 2500-000 | | | |
| | | Real Estate Taxes | ($10,587.08) | 2500-000 | | | |
| | | Settlement Charges (warranty, survey, radon remediation) | ($2,135.00) | 2500-000 | | | |
| | | Negotiated Seller Credits | ($11,787.50) | 2500-000 | | | |
| | 1 | | SINGLE FAMILY HOME 2446 FLAMBEAU DRIVE, NAPERVIL $265,000.00 | 1110-000 | | | |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $12.15 | $81,129.93 |
| 07/25/12 | 1002 | Frank Gecker LLP<br>325 N. LaSalle, Suite 625<br>Chicago, IL  60610 | Administrative Expense<br>Bankruptcy counsel legal fees | 3210-000 | | $8,747.69 | $72,382.24 |
| 08/09/12 | | Paul and Margaret Sickinger | Non-exempt bank funds | | $8,351.00 | | $80,733.24 |
| | | | Gross Receipts $8,351.00 | | | | |
| | 6 | | CHASE CHECKING ACCOUNT $3,963.00<br>ACCT. NO. 4728 | 1129-000 | | | |
| | 7 | | HARRIS BANK CHECKING $25.00<br>ACCOUNT ACCT. NO. 2117 | 1129-000 | | | |
| | | | Page Subtotals: | | $89,493.08 | $8,759.84 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-44876
Case Name: PAUL EDMUND SICKINGER
MARGARET MARY SICKINGER

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX7169
Checking Account

Taxpayer ID No: XX-XXX9644
For Period Ending: 11/12/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 8 | | AMERICAN CHARTER HEALTH SAVINGS ACCOUNT ACCT. NO | $3,894.00 | 1129-000 | | |
| | 5 | | RIVER VALLEY STATE BANK MONEY MARKET ACCOUNT ACC | $469.00 | 1129-000 | | |
| 08/09/12 | 1003 | Aaron Leonhard W1184 Packer Point Drive Gleason WI 54487 | Administrative Expense Payment for lawn maintenance/upkeep | 2500-000 | | $350.00 | $80,383.24 |
| 09/04/12 | | Guaranty Title Services Inc. 2402 East Main Street, Suite 7 Merrill, Wisconsin 54452 | Proceeds from sale | | $92,385.02 | | $172,768.26 |
| | | | Gross Receipts $287,000.00 | | | | |
| | | River Valley Bank Attn: Collections Dept. 327 N. 17th Ave. Wausau, WI 55401 | Mortgage payoff ($170,496.93) | 4110-000 | | | |
| | | Northwoods Community Realty | Broker commission payment ($14,350.00) | 3510-000 | | | |
| | | Closing Costs and Expenses | Administrative Expense ($1,519.80) | 2500-000 | | | |
| | | Real Property and Transfer Taxes | Administrative Expense ($8,248.25) | 2500-000 | | | |
| | 22 | | 1997 ARCTIC CAT TIGERSHARK JET SKI 2404 SMOKEY D | $2,000.00 | 1129-000 | | |
| | 2 | | SINGLE FAMILY HOME 2404 SMOKEY DRIVE, TOMAHAWK, | $252,000.00 | 1110-000 | | |
| | 3 | | VACANT LOT, LOT #10 SMOKEY DRIVE, TOMAHAWK, WI 5 | $25,000.00 | 1110-000 | | |
| | 10 | | MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS 24 | $8,000.00 | 1129-000 | | |

Page Subtotals: $92,385.02   $350.00

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-44876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: PAUL EDMUND SICKINGER | Bank Name: Congressional Bank |
| MARGARET MARY SICKINGER | Account Number/CD#: XXXXXX7169 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9644 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/12 | 1004 | Wisconsin Public Service<br>PO Box 19003<br>Green Bay, Wisconsin 54307-9003 | Administrative Expense<br>Outstanding electricity bill for<br>Tomahawk, WI property | 2410-000 | | $60.54 | $172,707.72 |
| 12/19/12 | 23 | Paul E Sickinger | Non-exempt funds<br>Nonexempt 2011 tax refund | 1224-000 | $23,931.05 | | $196,638.77 |
| 02/12/13 | | Transfer to Acct # xxxxxx8216 | Transfer of Funds | 9999-000 | | $196,638.77 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $205,809.15 | $205,809.15 |
| Less: Bank Transfers/CD's | $0.00 | $196,638.77 |
| Subtotal | $205,809.15 | $9,170.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $205,809.15 | $9,170.38 |

Page Subtotals: $23,931.05 $196,699.31

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-44876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: PAUL EDMUND SICKINGER | Bank Name: The Bank of New York Mellon |
| MARGARET MARY SICKINGER | Account Number/CD#: XXXXXX8216 |
| | Checking |
| Taxpayer ID No: XX-XXX9644 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx7169 | Transfer of Funds | 9999-000 | $196,638.77 | | $196,638.77 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.27 | $196,478.50 |
| 03/27/13 | 100001 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative Expense | 3410-000 | | $2,391.75 | $194,086.75 |
| 03/27/13 | 100002 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative Expense | 3420-000 | | $3.42 | $194,083.33 |
| 03/27/13 | 100003 | Paul Sickinger c/o Christopher L. Muniz Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, Illinois 60602 | Administrative Expense Payment of post-petition utilities at Wisconsin real property | 2410-000 | | $478.69 | $193,604.64 |
| 03/27/13 | 100004 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $272.20 | $193,332.44 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $292.07 | $193,040.37 |
| 04/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($292.07) | $193,332.44 |
| 09/28/13 | 100005 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Administrative Expense | 3210-000 | | $7,805.00 | $185,527.44 |
| 09/28/13 | 100006 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Administrative Expense | 3220-000 | | $31.17 | $185,496.27 |
| 10/01/13 | 100007 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $30,964.10 | $154,532.17 |

Page Subtotals: $196,638.77 $42,106.60

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-44876  
Case Name: PAUL EDMUND SICKINGER  
MARGARET MARY SICKINGER  
Taxpayer ID No: XX-XXX9644  
For Period Ending: 11/12/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8216  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/13 | 100008 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $18.90 | $154,513.27 |
| 10/01/13 | 100009 | Colonial Pacific Leasing Corporation<br>c/o Patricia E. Rademacher<br>Coston & Rademacher<br>105 W. Adams, Suite 1400<br>Chicago, IL 60603 | Final distribution per court order. | 7100-000 | | $1,077.47 | $153,435.80 |
| 10/01/13 | 100010 | People's Capital and Leasing Corp.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>111 W. Washington St., Ste. 1900<br>Chicago, IL 60602 | Final distribution per court order. | 7100-000 | | $13,637.75 | $139,798.05 |
| 10/01/13 | 100011 | TCF Equipment Finance, Inc.<br>11100 Wayzata Blvd, Suite 801<br>Minnetonka, MN 55305 | Final distribution per court order. | 7100-000 | | $3,670.01 | $136,128.04 |
| 10/01/13 | 100012 | Wisconsin Public Service<br>PO Box 19001<br>Green Bay, WI 54307-9001 | Final distribution per court order. | 7100-000 | | $6.98 | $136,121.06 |
| 10/01/13 | 100013 | U.S. Bancorp Equipment Finance Inc.<br>13010 SW 68th Parkway Ste 100<br>Portland, OR 97223 | Final distribution per court order. | 7100-000 | | $13,680.02 | $122,441.04 |
| 10/01/13 | 100014 | Nicole Chevalier<br>1560 N. Sandburg Terr.<br>#501<br>Chicago, IL 60610 | Final distribution per court order. | 7100-000 | | $1,058.72 | $121,382.32 |
| 10/01/13 | 100015 | MB Financial Bank NA<br>Mark Kosminskas Sr.<br>6111 River Road<br>Rosemont, IL 60018 | Final distribution per court order. | 7100-000 | | $121,382.32 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $196,638.77 | $196,638.77 |
| Less: Bank Transfers/CD's | $196,638.77 | $0.00 |
| Subtotal | $0.00 | $196,638.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $196,638.77 |
| Page Subtotals: | $0.00 | $154,532.17 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7169 - Checking Account | $205,809.15 | $9,170.38 | $0.00 |
| XXXXXX8216 - Checking | $0.00 | $196,638.77 | $0.00 |
|  | $205,809.15 | $205,809.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $378,472.90 |
|---|---|
| Total Net Deposits: | $205,809.15 |
| Total Gross Receipts: | $584,282.05 |